# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Daniel David Schlarb**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s)**,** | ) | 1:19-cv-00331-KDB |
| | ) | |
| vs. | ) | |
| | ) | |
| Andrew M. Saul**,** | ) | |
| | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 24, 2020 Order.

November 24, 2020

Frank G. Johns, Clerk
United States District Court